Case 4:21-cr-00552   Document 1   Filed on 11/18/21 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
FILED

*November 18, 2021*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| vs. § § | CRIMINAL NO. |
| BRANDON COLEMAN, § § Defendant. | **4:21-cr-552** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

**(Felon in Possession of a Firearm)**

On or about October 1, 2020, in the Southern District of Texas, the defendant,

**BRANDON COLEMAN**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Smith & Wesson, model SD40VE .40 caliber pistol, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that upon conviction of Felon in Possession of a Weapon, as charged in Count One, all firearms and ammunition involved in or used in a violation of Title 18, United States Code, Sections 922(g)(1) are subject to forfeiture, including but not limited to:

1) A Smith & Wesson, model SD40VE, .40 caliber pistol, serial number HEU6788

A TRUE BILL:

Original Signature on file
_____
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
Acting United States Attorney

By: *Lisa M. Collins*
LISA M. COLLINS
Assistant United States Attorney

2